# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of July, two thousand and fifteen.

_____

ISMT, Limited,

      Petitioner-Appellee,

v.

Fremak Industries, Inc.,

      Respondent-Appellant.

_____

**ORDER**
Docket No. 15-2086

    On July 8, 2015, the Court issued a notice staying this appeal due to pending Chapter 11 bankruptcy proceedings before the U.S. Bankruptcy Court for the Southern District of New York. Appellant's counsel has now informed the Court that the automatic stay was modified by the Bankruptcy Court so that the present appeal may proceed. Upon due consideration,

    IT IS HEREBY ORDERED that the stay of the appeal is lifted and the appeal shall proceed to briefing. Appellant's counsel must file a scheduling notification letter within 14 days of the date of this order.

                                          For the Court:

                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court

